[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 23, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-13894

_____

D. C. Docket No. 03-20551-CR-UUB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JACKY BERNARD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 23, 2005)

Before TJOFLAT and BARKETT, Circuit Judges and FULLER*, Chief District
Judge.

PER CURIAM:

Having reviewed the evidence and considered argument of counsel, we find

_____

*Honorable Mark E. Fuller, United States Chief District Judge for the Middle District of
Alabama, sitting by designation.

no reversible error as to the conviction in this case. Accordingly, Jacky Bernard's conviction is affirmed.  However, the government concedes there was error in sentencing and accordingly we vacate the sentence and remand for resentencing in light of United States v. Booker, 543 U.S. __, 125 S. Ct. 738 (2005).

**AFFIRMED IN PART, VACATED AND REMANDED IN PART.**